IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES LARRY GRAVES, | ) |
| Movant, | ) |
| v. | ) CASE NO. 5:95-CR-5 (MTT) |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

### ORDER

Counsel for Movant James Larry Graves has filed a suggestion of death and moved to dismiss Graves's pending motion to vacate. Doc. 83. Records from the Bureau of Prisons show that Graves died on January 6, 2021, and the Government has not objected to the dismissal of Graves's pending motion. *Id.* ¶ 3; Doc. 83-1 at 2. Accordingly, the motion to dismiss (Doc. 83) is **GRANTED**, and Graves's motion to vacate pursuant to 42 § U.S.C. § 2555 (Doc. 77) is **DISMISSED**.

**SO ORDERED**, this 17th day of August, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT